**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| NANCY VANDERBILT, | § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. G-14-301 |
| JOHNSON & JOHNSON, *et al.*, | § § | |
| Defendants. | § § § | |

**ORDER**

The plaintiff, Nancy Vanderbilt, moved for an extension of the deadline to show cause for her failure to prosecute this case and to appear for a court-ordered hearing. (Docket Entry No. 43). Her motion for an extension is granted, despite the fact that it was filed on the date her response was due. Ms. Vanderbilt is ordered to file a statement showing cause why this case should not be dismissed no later than **January 16, 2015**. She and opposing counsel must appear for a hearing on **January 23, 2015**, at 8:00 a.m. in Courtroom 11-B, U.S. Courthouse, 515 Rusk, Houston, Texas.

Ms. Vanderbilt's failure to comply with these orders will lead to the dismissal of this case, with prejudice.

SIGNED on January 6, 2015, at Houston, Texas.

Lee H. Rosenthal
United States District Judge